IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU ET AL,<br><br>        Plaintiff,<br><br>v.<br><br>J COPELLO INTERNATIONAL CORP. D/B/A COPELLO ELECTRIC CO.,<br><br>        Defendant.<br>_____/ | No. C 15-01946 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Default has been entered Defendant J Copello International Corp. D/b/a Copello Electric Co. ("Defendant"). Plaintiffs have advised the Court that they intend to move for default judgment against Defendant. In light of this fact, the Court HEREBY CONTINUES the case management conference scheduled for July 31, 2015, to September 18, 2015 at 11:00 a.m. Plaintiffs shall file a further case management statement by no later than September 11, 2015.

    If Plaintiffs file a motion for default judgment before September 11, 2015, the case management conference shall be vacated, and the motion shall be referred to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation.

    Plaintiffs are HEREBY ORDERED to serve a copy of this Order on Defendant.

    **IT IS SO ORDERED.**

Dated: July 27, 2015

                                                       JEFFREY S. WHITE<br>                                                       UNITED STATES DISTRICT JUDGE