Benjamin K. Lunch, State Bar No. 246015
Wan Yan Ling, State Bar No. 297029
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com
       wling@neyhartlaw.com

Attorneys for Plaintiffs

Patricia Walsh, State Bar No. 121098
LEONIDOU & ROSIN
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Tel. (650) 691-2888
Fax (650) 691-2889
Email: pwalsh@alr-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.<br><br>                    Plaintiffs,<br>           v.<br><br>J COPELLLO INTERNATIONAL CORP. d/b/a COPELLO ELECTRIC CO.<br><br>                    Defendant. | Case No.   15-CV-1946-JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

# STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 6-1 and 6-2, the parties through undersigned counsel hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference scheduled for September 18, 2015 at 11:00 AM in Courtroom 5, 2nd Floor, Oakland Courthouse. The parties declare in support of this request:

WHEREAS, on April 29, 2015, Plaintiffs filed this Complaint against Defendant (Dckt. No. 1);

WHEREAS, on June 2, 2015, a copy of the Summons and Complaint was served on Defendant, as evidenced by the Proof of Service of Summons and Complaint filed with this Court (Dckt. No. 12);

WHEREAS, service having been completed and the answer period having elapsed without an answer or other responsive pleading filed with the Court, Plaintiffs requested that the Court enter default on July 6, 2015 (Dckt. No. 13);

WHEREAS, on July 7, 2015, default was entered against Defendant (Dckt. No. 14);

WHEREAS, on July 23, 2015, Plaintiffs filed a Case Management Statement advising the Court of Plaintiffs' intent to file a Motion for Default Judgment (Dckt. No. 15);

WHEREAS, on July 27, 2015, the Court issued an Order Continuing the Initial Case Management Conference to September 18, 2015 (Dckt. No. 16);

WHEREAS, on August 20, 2015, Defendant filed a Motion to Set Aside Default (Dckt. No. 17);

WHEREAS, on September 1, 2015, Plaintiffs filed an Opposition to Defendant's Motion to Set Aside Default (Dckt. No. 19);

WHEREAS, on September 10, 2015, Defendant filed a Reply to Plaintiffs' Opposition to Defendant's Motion to Set Aside Default (Dckt. No. 20);

WHEREAS, the Motion Hearing is set for October 2, 2015 at 9:00 AM (Dckt. No. 18);

WHEREAS, in light of the pending Motion Hearing, both parties believe it would be premature for the Initial Case Management Conference to be held on September 18, 2015;

THEREFORE, pursuant to Local Rules 6-1 and 6-2, the parties though their respective attorneys stipulate as follows:

The parties respectfully request that the Court continue the Initial Case Management Conference till after the Motion Hearing has been held on October 2, 2015, and the Court has made a decision on said Motion.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 10, 2015         By: /s/ Wan Yan Ling
                                  WAN YAN LING
                                  Attorney for Plaintiffs
                                  Neyhart, Anderson, Flynn & Grosboll

Dated: September 11, 2015         By: /s/ Patricia Walsh
                                  PATRICIA WALSH
                                  Attorney for Defendant
                                  Leonidou & Rosin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case management conference is continued pending the court's ruling on the motion to set aside default and shall be re-set, as necessary, upon disposition of that motion.

Dated: September 14, 2015

Hon. Jeffrey S. White
United States District Judge

-3-
**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 15-CV-1946-JSW