IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC, et al., | No. C 15-01946 JSW |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| J COPELLO INTERNATIONAL CORP. d/b/a COPELLO ELECTRIC CO., | |
| Defendant. / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to set aside entry of default judgment (Docket No. 17), which has been set for hearing on Friday, October 2, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the October 2, 2015 hearing. The pending motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE