1  Benjamin K. Lunch, State Bar No. 246015
   Wan Yan Ling, State Bar No. 297029
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA 94104
   Tel. (415) 677-9440
4  Fax (415) 677-9445
   Email:  blunch@neyhartlaw.com
5          wling@neyhartlaw.com

6  Attorneys for Plaintiffs

7  Patricia Walsh, State Bar No. 121098
   LEONIDOU & ROSIN
8  777 Cuesta Drive, Suite 200
   Mountain View, CA 94040
9  Tel. (650) 691-2888
   Fax (650) 691-2889
10 Email: pwalsh@alr-law.com

11 Attorneys for Defendants

12
13                     **UNITED STATES DISTRICT COURT**
14                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                              (Oakland Division)
16

17 ELECTRICAL INDUSTRY SERVICE          Case No.   15-CV-1946-JSW
   BUREAU, INC., et al.
18                                      **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                     Plaintiffs,        **TO CONTINUE CASE MANAGEMENT**
19           v.                         **CONFERENCE**

20 J COPELLLO INTERNATIONAL CORP.
   d/b/a COPELLO ELECTRIC CO.
21
                     Defendant.
22
   _____
23
24
25
26
27
28

# STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 6-1 and 6-2, the parties through undersigned counsel hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference scheduled for December 4, 2015 at 11:00 AM in Courtroom 5, 2nd Floor, Oakland Courthouse. The parties declare in support of this request:

WHEREAS, attorneys for Plaintiffs have a motion hearing on an unrelated case[1] scheduled for December 4, 2015 at 9:00 AM in the San Francisco Courthouse;

WHEREAS, both Plaintiffs and Defendant are hopeful of settling this case and expect to have settlement discussions in the interim;

THEREFORE, pursuant to Local Rules 6-1 and 6-2, the parties though their respective attorneys stipulate as follows:

The parties respectfully request that the Court continue the Initial Case Management Conference till January 8, 2016.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 12, 2015                By: /s/ Wan Yan Ling
                                       WAN YAN LING
                                       Attorney for Plaintiffs
                                       Neyhart, Anderson, Flynn & Grosboll

Dated: October 13, 2015                By: /s/ Patricia Walsh
                                       PATRICIA WALSH
                                       Attorney for Defendant
                                       Leonidou & Rosin

---

[1] Case No. 13-CV-3228-SI, Golden Gate Lodge of Plasteres and Shophands Local Union No. 66, OPCMIA, AFL-CIO, et al. v. Ironwood Plastering, Inc., et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2015

Hon. Jeffrey S. White
United States District Judge

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW