UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J COPELLO INTERNATIONAL CORP. D/B/A COPELLO ELECTRIC CO.,<br><br>Defendant. | Case No. 15-cv-01946-JSW<br><br>**ORDER DENYING MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND INSTRUCTIONS TO COUNSEL**<br><br>Re: Dkt. No. 30 |

The Court DENIES the request of Defendant J. Copello International Corp. for leave to appear telephonically at the January 8, 2016 case management conference. All parties must appear in person through lead counsel with authority to enter into stipulations, to make admissions, and to agree to further scheduling dates. The Court finds that Defendant has not shown good cause to be excused from this requirement. Additionally, the Court admonishes Defendant for e-filing this request as an additional "case management statement," rather than as a stipulation and proposed order or as a motion under this Court's rules. Counsel is reminded that parties requesting administrative or procedural relief from the Court must submit a signed stipulation and proposed order, or, if stipulation is not possible, a Motion for Administrative Relief, as contemplated by Civil Local Rule 7-11. Civil Standing Orders, ¶ 4.

The joint case management statement does not set forth Defendant's position regarding settlement and ADR. Counsel should familiarize themselves with this Court's ADR Local Rules and, at the case management conference, the parties shall be prepared to discuss "[p]rospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution." Standing Order for All Judges of the Northern District of California, ¶ 12.

1  At the case management conference, the parties shall also be prepared to discuss all other issues set forth in the Standing Order for All Judges of the Northern District of California, including a plan for proportional discovery consistent with the December 1, 2015 amendments to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: January 5, 2016

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

2