UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J COPELLO INTERNATIONAL CORP. D/B/A COPELLO ELECTRIC CO., <br><br> Defendant. | Case No. 15-cv-01946-JSW <br><br> **ORDER STRIKING JURY SELECTION DATE AND JURY TRIAL AND SETTING BENCH TRIAL** <br><br> Re: Dkt. No. 37 |

Upon review of the record, the Court STRIKES the August 2, 2017 date for jury selection because the parties have agreed that a jury trial is not appropriate for this case. (*See* Dkt. Nos. 29, 32, 33.) The Court also STRIKES the August 7, 2017 jury trial. The Court SCHEDULES a bench trial for August 7, 2017 at 8:00 a.m. Counsel are referred to Judge White's Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Honorable Jeffrey S. White, available on the Court's website.

The remainder of the schedule established on April 21, 2016, remains in effect.

**IT IS SO ORDERED.**

Dated: April 22, 2016

JEFFREY S. WHITE
United States District Judge